**Order entered January 8, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01297-CV

### ERICA WHITLOCK, JERRAMY JAY BOYLES, AND WALTER GALE "TREY" BOYLES, Appellants

### V.

### CSI RISK MANAGEMENT, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05743**

## ORDER

Before the Court is court reporter Lanetta Williams's January 6, 2020 request for extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than February 3, 2020.

/s/     BILL WHITEHILL
          JUSTICE